F I L E D
CLERK, U.S. DISTRICT COURT
4/4/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PEDRO ONTIVEROS GALLEGOS,<br>　aka "Nerd,"<br>　aka "P,"<br>　aka "Speedy,"<br>　aka "Pete,"<br><br>　　　　Defendant. | CR 2:23-cr-00157-RGK<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A): Possession with Intent to Distribute a Fentanyl Analogue and Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Heroin; 18 U.S.C. § 924(c)(1)(A): Possession of Firearms in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms; 21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

　　On or about April 13, 2022, in Los Angeles County, within the Central District of California, defendant PEDRO ONTIVEROS GALLEGOS, also known as ("aka") "Nerd," aka "P," aka "Speedy," aka "Pete," knowingly and intentionally possessed with intent to distribute at least 100 grams, that is, approximately 922 grams, of a mixture and

substance containing a detectable amount of (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) ("p-Fluorofentanyl"), an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), and a Schedule I narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about April 13, 2022, in Los Angeles County, within the Central District of California, defendant PEDRO ONTIVEROS GALLEGOS, also known as ("aka") "Nerd," aka "P," aka "Speedy," aka "Pete," knowingly and intentionally possessed with intent to distribute at least five grams, that is, approximately 886 kilograms, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about April 13, 2022, in Los Angeles County, within the Central District of California, defendant PEDRO ONTIVEROS GALLEGOS, also known as ("aka") "Nerd," aka "P," aka "Speedy," aka "Pete," knowingly and intentionally possessed with intent to distribute heroin, a Schedule I narcotic drug controlled substance.

COUNT FOUR

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about April 13, 2022, in Los Angeles County, within the Central District of California, defendant PEDRO ONTIVEROS GALLEGOS, also known as ("aka") "Nerd," aka "P," aka "Speedy," aka "Pete," knowingly possessed firearms, namely, a GFORCE Arms, model PAX, 12-gauge, pump action shotgun, bearing serial number 21-96166; an Aero Precision LLC, model X15, multi-caliber, semi-automatic AR-style pistol, bearing serial number X304805; an Astra-Unceta y Cia, model CUB, .22 short caliber, semi-automatic pistol, bearing serial number 159135; a Kimber, model Micro 9 Sapphire, 9mm caliber, semi-automatic pistol, bearing serial number PB0178427; a Taurus Armas, model G2C, 9mm caliber, semi-automatic pistol, bearing serial number ACC658904; a Smith & Wesson, model MP40, .40 S&W caliber, semi-automatic pistol, bearing serial number NAX7210; and a Colt, model M1991A1 Series 80, .45 ACP caliber, semi-automatic pistol, bearing serial number 2738728, in furtherance of drug trafficking crimes, namely, Possession with Intent to Distribute a Fentanyl Analogue, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), as charged in Count One of this Indictment, Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), as charged in Count Two of this Indictment, and Possession with Intent to Distribute Heroin, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), as charged in Count Three of this Indictment.

Case 2:23-cr-00157-RGK   Document 1   Filed 04/04/23   Page 6 of 11   Page ID #:6

COUNT FIVE

[18 U.S.C. § 922(g)(1)]

On or about April 13, 2022, in Los Angeles County, within the Central District of California, defendant PEDRO ONTIVEROS GALLEGOS, also known as ("aka") "Nerd," aka "P," aka "Speedy," aka "Pete," knowingly possessed the following firearms, in and affecting interstate and foreign commerce:

(1)  a GFORCE Arms, model PAX, 12-gauge, pump action shotgun, bearing serial number 21-96166;

(2)  an Aero Precision LLC, model X15, multi-caliber, semi-automatic AR-style pistol, bearing serial number X304805;

(3)  an Astra-Unceta y Cia, model CUB, .22 short caliber, semi-automatic pistol, bearing serial number 159135;

(4)  a Kimber, model Micro 9 Sapphire, 9mm caliber, semi-automatic pistol, bearing serial number PB0178427;

(5)  a Taurus Armas, model G2C, 9mm caliber, semi-automatic pistol, bearing serial number ACC658904;

(6)  a Smith & Wesson, model MP40, .40 S&W caliber, semi-automatic pistol, bearing serial number NAX7210; and

(7)  a Colt, model M1991A1 Series 80, .45 ACP caliber, semi-automatic pistol, bearing serial number 2738728.

Defendant GALLEGOS possessed such firearms knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1)  Possession of Methamphetamine for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court of the State of California, County of San Bernardino, case number FWV1502684-2, on or about September 14, 2015;

6

1       (2)  Robbery, in violation of California Penal Code Section 211,
2  in the Superior Court of the State of California, County of Los
3  Angeles, case number VA057476, on or about May 5, 2000.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts One through Three of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense;

(c) All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

(d) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3. Pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), any defendant so convicted, shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located

8

upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts Four and Five of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

    (a) All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

    (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

10

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

      /s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

J. MARK CHILDS
Assistant United States Attorney
Chief, International Narcotics,
Money Laundering, and
Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International
Narcotics, Money Laundering, and
Racketeering Section

11